ORIGINAL

MUNA_L.gar1

LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910-5059
TEL: (671) 472-7332
FAX: (671) 472-7215

Attorney's for United States of America

FILED
Clerk
District Court

AUG 1 0 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>LORENZA A. MANGLONA<br>nka LORENZA M. MUNA,<br><br>    Defendant. | CIVIL CASE NO. 99-0013<br><br>**APPLICATION FOR WRIT<br>OF CONTINUING GARNISHMENT** |

### APPLICATION FOR WRIT OF CONTINUING GARNISHMENT

The United States of America, plaintiff, makes application in accordance with 28 U.S.C. § 3205(b)(1) to the Clerk of the United States District Court to issue a Writ of Continuing Garnishment upon the judgment entered against the Defendant-Judgment Debtor LORENZA A. MANGLONA nka LORENZA M. MUNA, social security number [redacted], whose last known mailing address is: P.O. Box 1002, Rota, MP 96951 (hereinafter "Debtor"), in the above cited action in the principal amount of $22,981.09 plus accrued interest to January 21, 1999, in the amount of $1,884.13, and interest thereafter to the date of judgment at the rate of 4.0 percent per annum, and interest from the date of judgment at the legal rate until paid in full; together with costs, including $150.00 in filing fees under 28 U.S.C. § 2412(a)(2) and 28 U.S.C. § 1914(a), administrative fees in the amount of $745.96, fees; and for such other and further relief as this Court deems just and proper.

1  There is a balance of $6,170.94, as of August 1, 2005 ($6,084.95 principal + $85.99 int.
2  to 8/8/05).
3  Demand for payment of the above-stated debt was made upon the debtor not less than 30
4  days and the Debtor has failed to satisfy the debt.
5  The Garnishee is believed to have possession of property (including nonexempt
6  disposable earnings) in which the Debtor has a substantial nonexempt interest.
7  The names and address of the Garnishees or his authorized agents is:
8  Marianas Public Lands Authority
   Attn.: Payroll Section
9  P.O. Box 500380
   Saipan, MP 96950
10  Telephone: (670) 234-3751
11  The United States seeks the sum of 25% of the defendant's non-exempt net disposable
12  earnings to be withheld from the defendant's wages, salary or commissions to be applied toward
13  the judgment.
14  DATED this 2nd day of August, 2005.

16  LEONARDO M. RAPADAS
    United States Attorney
17  Districts of Guam and the NMI

19  By: _____
    MARIVIC P. DAVID
20  Assistant U.S. Attorney