ORIGINAL

```
                                                    F I L E D
                                                       Clerk
                                                   District Court

                                                   AUG 1 0 2005

                                            For The Northern Mariana Islands
                                            By_____
                                                      (Deputy Clerk)
```

MUNA_L.gar2

LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910-5059
TEL: (671) 472-7332
FAX: (671) 472-7215

Attorney's for United States of America

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN MARIANA ISLANDS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CIVIL CASE NO. 99-0013 |
| Plaintiff, | ) | |
| vs. | ) | **ORDER GRANTING COURT APPROVAL FOR THE DISTRICT COURT CLERK TO ISSUE A WRIT OF CONTINUING GARNISHMENT** |
| LORENZA A. MANGLONA nka LORENZA M. MUNA, | ) | |
| Defendant. | ) | |
| MARIANAS PUBLIC LANDS AUTHORITY, | ) | |
| Garnishee. | ) | |

### ORDER

IT IS SO ORDERED that the Clerk of the United States District Court, on the application the United States of America, plaintiff, and in accordance with 28 U.S.C. § 3205 is granted this Court's approval to issue a Writ of Continuing Garnishment against Defendant Judgment Debtor LORENZA A. MANGLONA nka LORENZA M. MUNA in the above cited action.

DATED this _10TH_ day of _AUGUST_, 2005.

_/s/ Alex R. Munson_
ALEX R. MUNSON
Chief Judge
District Court for the Northern
  Mariana Islands

RECEIVED
AUG 1 0 2005
Clerk
District Court
For The Northern Mariana Islands