ORIGINAL

MUNA_L.gar3

LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910-5059
TEL: (671) 472-7332
FAX: (671) 472-7215

Attorney's for United States of America

FILED
Clerk
District Court

AUG 10 2005

For The Northern Mariana Islands
By_____
    (Deputy Clerk)

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>LORENZA A. MANGLONA<br>nka LORENZA M. MUNA,<br><br>　　　　　　Defendant,<br>_____<br><br>MARIANAS PUBLIC LANDS<br>　AUTHORITY,<br><br>　　　　　　Garnishee.<br>_____ | CIVIL CASE NO. 99-0013<br><br>**WRIT OF CONTINUING<br>GARNISHMENT; INSTRUCTIONS<br>TO THE GARNISHEE** |

### WRIT OF CONTINUING GARNISHMENT

GREETINGS TO:　　Marianas Public Lands Authority
　　　　　　　　　　Attn.: Payroll Section
　　　　　　　　　　P.O. Box 500380
　　　　　　　　　　Saipan, MP 96950

　　　An application for a Writ of Continuing Garnishment against the property of Defendant-Judgment Debtor LORENZA A. MANGLONA nka LORENZA M. MUNA, Social Security Number ■■■■■■, whose last known address is: P.O. Box 1002, Rota, MP 96951, (hereinafter "Debtor"), has been filed with this Court. A judgment in a civil case was filed against the Debtor on April 14, 1999 and the amount due totals $6,170.94, as of August 1, 2005 ($6,084.95 principal + $85.99 int. to 8/8/05).

You are required by law to answer in writing, under oath, and within ten (10), after receipt of this writ, the following information: (1) Whether or not you have in your custody, control or possession, any property or money owned by the Debtor, including nonexempt, disposable earnings; (2) A description of such property and the value of the property; (3) A description of any previous garnishment to which such property is subject and the extent to which any remaining property is not exempt; and (4) The amount of the debt you anticipate owing to the Debtor in the future and whether the period for payment will be weekly or another specified period.

**You are also required by law to withhold and retain any property or money of the defendant you have in your custody, control or possession, including wages, salary or commissions, or if you obtain custody, control or possession until you receive instructions from the Court which will tell you what to do with the property and which will notify you when this Writ is no longer in effect. The United States requests that the sum of 25% of the defendant's monthly non-exempt disposable earnings be withheld from the defendant's earnings.**

You must file the original written answer to this writ within ten (10) days of your receipt of this writ with the United States District Clerk at: U.S. District Court for the NMI, 2nd Floor, Horiguchi Building, Garapan, P.O. Box 500687, Saipan, MP 96950.  <u>YOU MUST ANSWER THE WRIT EVEN IF YOU DO NOT HAVE IN YOUR CUSTODY, CONTROL OR POSSESSION ANY PROPERTY OF THE DEFENDANT</u>.  Additionally, you are required by law to serve a copy of this answer upon the debtor at:  P.O. Box 1002, Rota, MP 96951 and upon the United States Attorney at: U.S. Attorney's Office, Attn.: Marivic P. David, Assistant U.S. Attorney, Sirena Plaza, Suite 500, 108 Hernan Cortez Avenue, Hagåtña, Guam 96910-5059

Under the law, there is property which is exempt from this writ of Garnishment.  Property which is exempt and which is not subject to this order is listed on the attached Claim for Exemption form, which the debtor must sign and return if he is claiming any exemptions.

//

//

|   |   |
|---|---|
| 1 | If you fail to answer this writ or withhold property in accordance with this writ, the |
| 2 | United States of America may petition the Court for an order requiring you to appear before the |
| 3 | Court to answer the writ and to so withhold the property before the appearance date.  If you fail |
| 4 | to appear or do appear and fail to show good cause why you failed to comply with this writ, the |
| 5 | Court may enter a judgment against you for the value of the Debtor's non-exempt interest in such |
| 6 | property (including nonexempt disposable earnings).  The Court may also award a reasonable |
| 7 | attorney's fee to the United States and against you if the writ is not answered within the time |
| 8 | specified herein and if the United States files a petition requiring you to appear.  **It is unlawful** |
| 9 | **to pay or deliver to the Debtor any item attached by this writ.** |

DATED _August 10, 2005_____, Saipan, MP.

_____
GALO L. PEREZ
Clerk of Court
District Court for the Northern
  Mariana Islands

RECEIVED
AUG 1 0 2005
Clerk
District Court
For The Northern Mariana Islands

- 3 -

1 | TO: Marianas Public Lands Authority
2 | Attn.: Payroll Section
3 | P.O. Box 500380
  | Saipan, MP 96950

Please read the following instructions regarding the steps you must take to comply with this Writ. For additional information, you may want to contact your attorney or the attorney for the United States identified in Paragraph 6.

### INSTRUCTIONS TO THE GARNISHEE

1. The name, last known address and Social Security Number of the person who is the defendant in this action and whose property is subject to this Writ is:

> LORENZA A. MANGLONA
> nka LORENZA M. MUNA
> P.O. Box 1002
> Rota, MP 96951
> SSN# [redacted]

2. This Writ has been issued at the request of the United States of America to enforce the collection of a civil judgment entered in favor of the United States against the defendant. The amount of the judgment as of August 1, 2005 is $6,170.94 ($6,084.95 principal + $85.99 int. to 8/8/05).

3. If you have in your custody, control or possession any property or money of the defendant, including wages, salary or commissions, or if you obtain custody, control or possession of such property while this Writ is in effect, you must immediately withhold the property from the defendant and retain it in your possession until you receive instructions from the Court which will tell you what to do with the property and which will notify you when this Writ is no longer in effect. The United States requests that the sum of 25% of the defendant's monthly non-exempt disposable earnings be withheld from the defendant's earnings.

//
//
//

4. You are required to answer this Writ within 10 days after the service of the Writ upon you. YOU MUST ANSWER THE WRIT EVEN IF YOU DO NOT HAVE IN YOUR CUSTODY, CONTROL OR POSSESSION ANY PROPERTY OF THE DEFENDANT. Your Answer must state, under oath, the following information:

    a. whether you have custody, control or possession of money or earnings of the defendant;

    b. a description of the money or earnings and amount;

    c. a description of any other garnishments, suggestions or levies to which the earnings are subject and the extent to which any remaining earnings are exempt from garnishment, suggestion or levy;

    d. the amount of any earnings you anticipate owing the defendant in the future and the date on which payment will be made; and

    e. a description of any earnings you anticipate will come into your custody, control or possession and the dates on which such custody, control, or possession will occur.

5. After you complete the answer under oath, you must mail or deliver an answer bearing the **original** signature plus one copy of the person preparing the answer to:

    Clerk, United States District Court for the NMI
    2nd Floor, Horiguchi Building
    P.O. Box 500687
    Saipan, MP 96950

At the same time you mail or deliver the answer to the Clerk, you must also mail or deliver copies of the answer to:

    MARIVIC P. DAVID
    Assistant U.S. Attorney
    U.S. Attorney' Office
    Attn.: Financial Litigation Unit
    Sirena Plaza, Suite 500
    108 Hernan Cortez Avenue
    Hagåtña, Guam 96910-5059

and

        LORENZA A. MANGLONA
        nka LORENZA M. MUNA
        P.O. Box 1002
        Rota, MP 96951

6.    If you have any questions, you should contact your attorney. You may also contact a representative of the United States at the following address and telephone number:

        Marie Chenery
        Financial Litigation Unit
        Sirena Plaza, Suite 500
        108 Hernan Cortez Avenue
        Hagåtña, Guam 96910
        (671) 472-7332, ext. 122
        FAX: (671) 472-7215

7.    IF YOU FAIL TO ANSWER THIS WRIT OR TO WITHHOLD PROPERTY IN ACCORDANCE WITH THE WRIT, THE UNITED STATES MAY PETITION THE COURT FOR AN ORDER REQUIRING YOU TO APPEAR BEFORE THE COURT TO ANSWER THIS WRIT AND TO SO WITHHOLD PROPERTY BEFORE THE APPEARANCE DATE.

IF YOU FAIL TO APPEAR, OR YOU APPEAR AND FAIL TO SHOW GOOD CAUSE WHY YOU FAILED TO COMPLY WITH THIS WRIT, THE COURT WILL ENTER JUDGMENT AGAINST YOU FOR THE VALUE OF THE DEBTORS'S NONEXEMPT INTEREST IN SUCH PROPERTY (INCLUDING NONEXEMPT DISPOSABLE EARNINGS).

THE COURT MAY ALSO AWARD A REASONABLE ATTORNEY'S FEE TO THE UNITED STATES AND AGAINST YOU IF THE WRIT IS NOT ANSWERED WITHIN THE TIME SPECIFIED HEREIN AND IF THE UNITED STATE FILES A PETITION REQUIRING YOU TO APPEAR.

CLAIM FOR EXEMPTION FORM

## MAJOR EXEMPTIONS UNDER FEDERAL LAW

I claim that the exemption(s) from garnishment which are checked below apply in this case:

____  1.   Social Security benefits and Supplemental Security income (42 U.S.C. § 407).

____  2.   Veterans benefits (38 U.S.C. § 3101).

____  2a.  Members of armed services (10 U.S.C. § 1440, 38 U.S.C § 562).

____  3.   Federal Civil Service Retirement benefits (5 U.S.C. § 8346 and 22 U.S.C. § 4060(c)).

____  4.   Annuities to survivors of federal judges (28 U.S.C. § 376(n)).

____  5.   Longshoremen and Harborworkers Compensation Act (33 U.S.C. § 916).

____  6.   Black lung benefits (30 U.S.C. §§ 931(b)(2)(F) and 932(a)).

____  6a.  Seaman's master's or fisherman's wages, except for child support or spousal support and maintenance (46 U.S.C.A. §§ 1108-1109(a-c)).

Exemptions listed under 1 through 6a above may not be applicable in child support and alimony cases (42 U.S.C. § 659).

____  6b.  Railroad retirement, pension, unemployment benefits (45 U.S.C. §§ 231(m), 352(e).

____  7.   **Bankruptcy Code** (Title 11, United States Code) which generally provides exemptions for:

____  7a.  $18,450.00 of equity in a residence.

| Address of Residence | Fair Market Value | Liens | Equity |
|---|---|---|---|
| _____ | $ _____ | $ _____ | $ _____ |
| _____ | $ _____ | $ _____ | $ _____ |

____  7b.  $2,950.00 of equity in a motor vehicle.

Property Claimed: _____
Fair market Value $_____

____  7c.  $1,225.00 in jewelry.

Property Claimed: _____
Fair market Value $_____

____  7d.  $9,850.00 in personal property. (However, no single item worth more than $475.00 can be claimed as exempt.)

Property Claimed: _____
Fair market Value $_____

- 1 -

\_\_\_ 7e. Property totaling up to $975.00, plus up to $9,250.00 of any unused amount of the exemption provided in number 7(a) above.

Property Claimed: _____
Fair market Value $_____

\_\_\_ 7f. $1,850.00 of equity in professional books, implements or tools, your trade or you dependent's trade.

Property Claimed: _____
Fair market Value $_____

\_\_\_ 7g. Any unmatured life insurance contract you own, other than credit life insurance.

Property Claimed: _____
Fair market Value $_____

\_\_\_ 7h. The aggregate value, up to $9,850.00, of any accrued dividend or interest under, or loan value of, any unmatured life insurance contract you own, but only if you are the insured or you are a dependant of the insured.

Property Claimed: _____
Fair market Value $_____

\_\_\_ 7i. Professionally prescribed health aids for you or your dependants.

Property Claimed: _____
Fair market Value $_____

\_\_\_ 7j. Unemployment compensation benefits, local public assistance benefits, disability benefits, illness benefits; and alimony, support and separate maintenance, to the extent these items are reasonably necessary for your support or the support of your dependants.

Property Claimed: _____
Fair market Value $_____

\_\_\_ 7k. A payment under a stock bonus, pension, profit-sharing, annuity, or similar plan or contract on account of illness, disability, death, age or length of service, to the extent reasonably necessary for your support or the support of your dependants, subject to the limitations set forth at Title 11 United States Code Section 522(d)(10)(E)(i)-(iii).

Property Claimed: _____
Fair market Value $_____

___ 71.   Your right to receive, or property that is traceable to,
- an award under a crime victim's reparation law;
- a payment on account of the wrongful death of an individual of whom you were a dependant, but only to the extent of reasonably necessary for your support or the support of your dependants;
- a payment under a life insurance contract that the insured an individual of whom you were a dependant on the date of the insured's death, but only to the extent reasonably necessary for your support or the support of your dependants;
- a payment, not to exceed $18,450.00, on account of personal bodily injury suffered by you or by an individual of whom you are a dependant; however, payment for pain and suffering or payment to compensate actual pecuniary loss are not exempt under this paragraph;
- a payment in compensation of loss of your future earnings or the future earnings of an individual of whom you are, or were, a dependant, but only to the extent reasonably necessary for your support or the support of the your dependants.

Property Claimed: _____
Fair market Value $_____


NOTE:   If you have selected the Bankruptcy Code exemptions (Line 7 above), you may <u>not</u> also claim the exemptions listed below.

### MAJOR EXEMPTIONS UNDER THE COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS LAW

NOTE:   If you select the exemptions available under commonwealth law, the law of the commonwealth where you have been domiciled for the greater part of the last 180 days governs your rights.

Relevant provisions of the Commonwealth of the Marianas Code 7 N. Marianas Commonwealth Code Div. 4 § 4210 allow the following exemptions:

___ 9.   **Debtor's Homestead**

| Address of Residence | Fair Market Value | Liens | Equity |
|---|---|---|---|
| _____ | $_____ | $_____ | $_____ |
| _____ | $_____ | $_____ | $_____ |

___ 10.   **Personal Property** - All necessary household furniture, cooking and eating utensils, and all necessary wearing apparel, bedding and provision for household use sufficient for four months.

Property Claimed:                    Fair Market Value
_____               $_____
_____               $_____

___ 11.   **Necessities for Trade or Occupation** - All tools, implements, utensils, two work animals, and equipment necessary to enable the person against whom the attachment or execution is issued to carry on his or her usual occupation.

Property Claimed:                    Fair Market Value
_____               $_____
_____               $_____

___    12.    **Land and interest in Land** - All interest in land, but any interest owned solely by a judgment debtor, in his or her own right, may be ordered sold or transferred under order in aid of judgment if the Court making the order deems that justice so requires and finds as a fact that after the sale or transfer, the debtor will have sufficient land remaining to support himself or herself and those persons directly dependent on the debtor according to recognized local custom and the law of the descent may acquire any interest to such land, by sale, transfer, or otherwise, except as otherwise provided by law. (8 TCC § 61 modified).

Amount Claimed: $ _____

The statements made in this claim of entitlement to exemptions and the fair market value of the property designated are made and declared under penalty of perjury that they are true and correct.

_____                            _____
Date                                      Signature of Defendant

                                          _____
                                          Defendant's printed or typed name