1 | **MUNA_L.gar5**

F I L E D
Clerk
District Court

AUG 2 6 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

UNITED STATES OF AMERICA,                )      CIVIL CASE NO. 99-0013
                                         )
                    Plaintiff,           )
                                         )
        vs.                              )
                                         )      **ANSWER OF THE GARNISHEE**
LORENZA A. MANGLONA                      )
nka LORENZA M. MUNA,                     )
                                         )
                    Defendant,           )
_____     )
                                         )
MARIANAS PUBLIC LANDS                    )
    AUTHORITY,                           )
                                         )
                    Garnishee.           )
_____     )

ANSWER OF THE GARNISHEE

EDWARD M. DELEON GUERRERO_____, BEING DULY SWORN DEPOSES AND SAYS:
(Affiant-person preparing/signing)

IF GARNISHEE IS AN INDIVIDUAL:

    That he/she is Garnishee herein doing business in the name of _____

    MARIANAS PUBLIC LANDS AUTHORITY_____.

    (State full name and address of business)

IF GARNISHEE IS A PARTNERSHIP:

    That he/she is a member _____N/A_____

of a partnership composed of which Garnishee is a partner.

IF GARNISHEE IS A CORPORATION:

    That he/she is the (State Official Title) _____ N/A _____

of Garnishee, _____ a corporation, organized

under the laws of the _____

_____.

IF GARNISHEE IS A GOVERNMENT ENTITY:

    State name and address of agency, and name and official title of authorized

representative:    MARIANAS PUBLIC LANDS AUTHORITY

             P.O. BOX 500380

             SAIPAN, MP  96950

             BY:  EDWARD M. DELEON GUERRERO, COMMISSIONER

    1.    On __AUGUST 22,_____, 200_5_, Garnishee was served with the Writ

of Continuing Garnishment.  For the pay period in effect on the date of service (shown above)

Yes    No

_X_    ____    Defendant was in my/our employ.

Pay period is weekly ___ , bi-weekly _X_, semi-monthly ___, monthly ___.

The Defendant's present pay period began on __8/7/05_____.

(Present means the pay period in which this order and notice of

garnishment were served)

The Defendant's present pay period ends on __8/20/05_____

Enter amount of net wages.  Calculate below:

        (a) Gross Pay             $ 961.54

        (b) Federal income tax      -0-

        (c) F.I.C.A. income tax     13.94

        (d) State/Local income tax  57.69

        Total of tax withholdings  $ 71.63

        Net Wages           $ 889.91    (a less total of b,c,d)

// 8/7-8/20

      Effective PP #05-18      $889.91@25%=$222.48
      Payment Date 9/2/05      NMIRF -      62.50
                         Life Ins.    48.95
                         IAC          25.00
                         BOG         602.61

Yes    No

___    X     2.    Are you aware of any other garnishments,

suggestions or levies currently in effect.  If the

answers is yes, , please attach to this Answer a copy

of each garnishment, suggestion or levy.

X     ___    3.    Do you or will you in the foreseeable future, owe the defendant money?  If

your answer is yes, please provide the amount of money you will owe, the

date or dates on which each payment is due, and the reason why you owe

or will owe the money to the Defendant:

| Type of Payment (salary, commission, etc..) | Amount | Date Payment is Due |
|---|---|---|
| 1. SALARY | $961.54 (GROSS) | 9/2/05 |
| 2. SALARY | $961.54 (PROJECTED) | 9/16/05 |
| 3. SALARY | $961.54 (PROJECTED) | 9/23/05 |

AND CONTINUING EVERY TWO WEEKS THEREAFTER

4.    If you currently have in your custody, control or possession property (other than

earnings) in the form of savings accounts, pensions, thrift plans, etc., in which the Defendant

maintains an interest, for each item of property provide the following information:

| Description of Property | Approximate Value | Description of Debtor's Interest |
|---|---|---|
| 1. N/A | | |
| 2. | | |
| 3. | | |
| 4. | | |

//

//

//

- 3 -

5.    For each item of property (other than earnings) which you expect to obtain custody or possession of in the foreseeable future, provide the following information:

| Description of Property | Approximate Value | Description of Debtor's Interest | Date you will obtain property |
|---|---|---|---|
| 1.   N/A | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

| Yes | No | | |
|---|---|---|---|
| ___ | X | 6. | Do you make any claim of exemption on the part of Defendant? If yes, please explain the nature and basis of your claim: |

_____

_____

_____

_____

| Yes | No | | |
|---|---|---|---|
| ___ | X | 7. | Do you have any objections to the garnishment of the Defendant? If yes, please explain the nature and basis of your objection: |

_____

_____

_____

_____

//

//

//

- 4 -

8.     Check the line below if you deny that you hold property subject to this order of garnishment:

       \_\_\_    [The Garnishee was then in no manner and upon no account indebted or under liability to the Defendant, LORENZA A. MANGLONA nka LORENZA M. MUNA, and that the Garnishee did not have in his/her possession or control any property belonging to the Defendant, or in which the Garnishee has an interest; and is in no manner liable as Garnishee in this action.]

9.     The Garnishee mailed a copy of this answer by first-class mail to (1) the Debtor, LORENZA A. MANGLONA nka LORENZA M. MUNA, at P.O. Box 1002, Rota, MP 96951 and (2) the attorney for the United States, Marivic P. David, Assistant United States Attorney, U.S. Attorney's Office, Sirena Plaza, Suite 500, 108 Hernan Cortez Avenue, Hagåtña, Guam 96910-5059.

MARIANAS PUBLIC LAND AUTHORITY
Garnishee

By:    EDWARD _____ DELEON GUERRERO
Name of person preparing Answer

The foregoing instrument was acknowledged before me this   25th   day of August _____, 2005.

_____
Notary Public

**Francisco Jerome K. Aldan**
NOTARY PUBLIC
Commonwealth of the Northern Mariana Islands
My Commission expires: 2/26/06

- 5 -

The Original Answer + 2 copies should be mailed to:

> Clerk, United States District Court
> 2nd Floor, Horiguchi Building
> Garapan
> P.O. Box 500687
> Saipan, MP 96950

and a copy of this Answer to:

> United States Attorney's Office
> Attention:  Financial Litigation Unit
> Sirena Plaza, Suite 500
> 108 Hernan Cortez Avenue
> Hagåtña, Guam 96910

and a copy of this Answer to:

> LORENZA A. MANGLONA
> nka LORENZA M. MUNA
> P.O. Box 1002
> Rota, MP 96951