ORIGINAL

1  MUNA_L.gar7

2  LEONARDO M. RAPADA
   United States Attorney
3  MARIVIC P. DAVID
   Assistant U.S. Attorney
4  Sirena Plaza, Suite 500
   108 Hernan Cortez Avenue
5  Hagåtña, Guam  96910-5059
   TEL: (671) 472-7332
6  FAX: (671) 472-7215

7  Attorney's for United States of America

FILED
Clerk
District Court

AUG 3 0 2005

For The Northern Mariana Islands
By_____
        (Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CIVIL CASE NO. 99-0013 |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **CERTIFICATION OF SERVICE** |
| ) | **OF DOCUMENTS ON GARNISHEE** |
| LORENZA A. MANGLONA, ) | |
| nka LORENZA M. MUNA, ) | |
| ) | |
| Defendant, ) | |
| _____) | |
| ) | |
| MARIANAS PUBLIC LANDS ) | |
| AUTHORITY, ) | |
| ) | |
| Garnishee. ) | |
| _____) | |

The United States of America, the judgment creditor herein, hereby certifies that filed copies of the following: **Application for Writ of Continuing Garnishment, Order Granting Court Approval for the District Court Clerk to Issue a Writ of Continuing Garnishment, Writ of Continuing Garnishment; Instructions to the Garnishee** and **Notice to Defendant-Judgment Debtor on How to Claim Exemptions** were sent to the garnishee by mail on August 16, 2005.

DATED: 8/24/05

By: _____

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and the NMI

MARIVIC P. DAVID
Assistant U.S. Attorney