ORIGINAL

1 | MUNA_L.gar7

2 | LEONARDO M. RAPADAS
United States Attorney
3 | MARIVIC P. DAVID
Assistant U.S. Attorney
4 | Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
5 | Hagåtña, Guam 96910-5059
TEL: (671) 472-7332
6 | FAX: (671) 472-7215

7 | Attorney's for United States of America

FILED
Clerk
District Court

AUG 3 0 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| UNITED STATES OF AMERICA, | ) | CIVIL CASE NO. 99-0013 |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | **CERTIFICATION OF SERVICE** |
| LORENZA A. MANGLONA nka LORENZA M. MUNA, | ) | |
| Defendant, | ) | |
| MARIANAS PUBLIC LANDS AUTHORITY, | ) | |
| Garnishee. | ) | |

I, MICHELLE PEREZ, working in the U.S. Attorney's Office, hereby certify that filed copies of the following: **Application for Writ of Continuing Garnishment, Order Granting Court Approval to Issue a Writ of Continuing Garnishment, Writ of Continuing Garnishment; Instructions to the Garnishee, Notice of Post-Judgment Clerk's Garnishment; Instructions to Defendant-Judgment Debtor** and **Notice to Defendant-Judgment Debtor on How to Claim Exemptions** were sent to the defendant by certified and regular mail on August 16, 2005, at Defendant's last known address of P.O. Box 1002, Rota, MP 96951.

MICHELLE PEREZ