ORIGINAL

1   **MUNA_L.gar9**

FILED
Clerk
District Court

2   LEONARDO M. RAPADAS
    United States Attorney

OCT 2 0 2005

3   MARIVIC P. DAVID
    Special Assistant U.S. Attorney

For The Northern Mariana Islands
By_____
        (Deputy Clerk)

4   Sirena Plaza, Suite 500
    108 Hernan Cortez Avenue
5   Hagåtña, Guam  96910
    TEL:  (671) 472-7332
6   FAX:  (671) 472-7215

7   Attorney's for United States of America

8

9                   IN THE UNITED STATES DISTRICT COURT

10                  FOR THE NORTHERN MARIANA ISLANDS

11  UNITED STATES OF AMERICA,          )     CIVIL CASE NO. 99-0013
                                       )
12              Plaintiff,             )
                                       )
13       vs.                           )
                                       )
14  LORENZA A. MANGLONA                )     **CERTIFICATE OF SERVICE**
    nka LORENZA M. MUNA,               )
15                                     )
                Defendant,             )
16  _____    )
                                       )
17  MARIANAS PUBLIC LANDS              )
     AUTHORITY,                        )
18                                     )
                Garnishee.             )
19  _____    )

20

21       I, MICHELLE PEREZ, working in the U.S. Attorney's Office, hereby certify that filed

22  copies of the following:  **Motion for Entry of Final Order in Continuing Garnishment** and

23  **Final Order in Continuing Garnishment** were sent to the defendant and garnishee by mail on

24  October 17, 2005          .

25

26

27                                          MICHELLE PEREZ

28