1 | **MUNA_L.ter**

2 | LEONARDO M. RAPADAS
United States Attorney
3 | MARIVIC P. DAVID
Assistant U.S. Attorney
4 | Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
5 | Hagåtña, Guam  96910-5059
TEL:  (671) 472-7332
6 | FAX:  (671) 472-7215

7 | Attorneys for United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CIVIL CASE NO. 99-0013 |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **MOTION TO TERMINATE** |
| ) | **WRIT OF CONTINUING** |
| ) | **GARNISHMENT** |
| LORENZA A MANGLONA ) | |
| aka LORENZA M. MUNA, ) | |
| ) | |
| Defendant, ) | |
| ) | |
| MARIANAS PUBLIC LANDS ) | |
| AUTHORITY, ) | |
| ) | |
| Garnishee. ) | |

On or about August 10, 2005, a Writ of Continuing Garnishment directed to Garnishee was duly issued and served upon the Garnishee. On or January 9, 2006, our office was notified

//
//
//
//
//
//

that defendant is no longer employed with them. Plaintiff respectfully requests that the Court terminate the Writ of Continuing Garnishment against Defendant LORENZA A MANGLONA aka LORENZA M. MUNA.

DATED this 18th day of September, 2006.

        LEONARDO M. RAPADAS
        United States Attorney
        Districts of Guam and the NMI

By:   /s/ Marivic P. David
      MARIVIC P. DAVID
      Assistant U.S. Attorney
      marivic.david@usdoj.gov