1  MUNA_L.terord

2  LEONARDO M. RAPADAS
   United States Attorney
3  MARIVIC P. DAVID
   Assistant U.S. Attorney
4  Sirena Plaza, Suite 500
   108 Hernan Cortez Avenue
5  Hagåtña, Guam 96910-5059
   TEL: 472-7332
6  FAX: 472-7215

7  Attorney's for United States of America

FILED
Clerk
District Court

SEP 22 2006

For The Northern Mariana Islands
By_____
        (Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>        v.<br><br>LORENZA A MANGLONA<br>aka LORENZA M. MUNA,<br><br>        Defendant,<br><br>MARIANAS PUBLIC LANDS<br>   AUTHORITY,<br><br>        Garnishee. | CIVIL CASE NO. 99-0013<br><br>**O R D E R**<br><br>Re: United States Motion to Terminate<br>Writ of Continuing Garnishment |

Based upon the Plaintiff's Motion to Terminate Writ of Continuing Garnishment, the Court hereby finds that for the reasons stated in the Plaintiff's motion, the Writ of Continuing Garnishment is hereby terminated.

**SO ORDERED**, this 22nd day of September, 2006.

ALEX R. MUNSON
Chief Judge
District Court for the Northern
Mariana Islands