1  **MUNA_L.facg**

2  LEONARDO M. RAPADAS
   United States Attorney
3  MARIVIC P. DAVID
   Assistant U.S. Attorney
4  Sirena Plaza, Suite 500
   108 Hernan Cortez Avenue
5  Hagåtña, Guam  96910
   TEL: (671) 472-7332
6  FAX: (671) 472-7215

7  Attorney's for United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| UNITED STATES OF AMERICA, | ) | CIVIL CASE NO. 99-0013 |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | **FINAL ACCOUNTING UPON** |
| | ) | **TERMINATION OF GARNISHMENT** |
| LORENZA A MANGLONA aka LORENZA M. MUNA, | ) | |
| Defendant, | ) | |

FINAL ACCOUNTING UPON TERMINATION OF GARNISHMENT

To:  Marianas Public Lands Authority
     Attn.: Payroll Section
     P.O. Box 500380
     Saipan, MP 96950

Pursuant to Title 28 U.S.C. § 3205(c)(9)(B), the United States of America submits the following cumulative accounting of all monies and property received under the Writ of Continuing Garnishment filed in the above entitled action.

Pursuant to the Writ of Continuing Garnishment issued on or about August 10, 2005, $2,001.12 has been withheld from the Judgment Debtor and applied to the judgment debt.

//

//

You are notified that you have ten (10) days from the receipt of this final accounting to file a written objection to the accounting and request a hearing in accordance with Title 28, U.S.C. § 3205(c)(9)(B). If you do object, you must state your grounds for objection and send the written objection to the United States District Court for the Norther Mariana Islands , 2nd Floor, Horiguchi Building, Garapan, P.O. Box 500687, Saipan, MP 96950 and the United States Attorney's Office, Sirena Plaza, Suite 500, 108 Hernan Cortez Avenue, Hagåtña, Guam  96910.

RESPECTFULLY SUBMITTED this 18th day of September, 2006.

        LEONARDO M. RAPADAS
        United States Attorney
        Districts of Guam and NMI


By:   /s/ Marivic P. David
       MARIVIC P. DAVID
       Assistant U.S. Attorney
       marivic.david@usdoj.gov

PAYMENT HISTORY
FOR: 2005Z00142

DEBTOR: Muna, Lorenza A.
COLLECTION TYPE:   WH
BALANCE AS OF JANUARY 24, 2006:    $6,569.73

| DATE RCVD    | FORM | COURT RECEIPT | CHECK NBR | PAYMENT AMOUNT |
|---|---|---|---|---|
| 05-DEC-2005 | GR/G | GU  /06/025 | 016603 | $1,333.68 |
| 19-DEC-2005 | GR/G | GU  /06/031 | 16679  | 222.48 |
| 29-DEC-2005 | GR/G | GU  /06/036 | 016751 | 222.48 |
| 24-JAN-2006 | GR/G | GU  /06/048 | 016821 | 222.48 |

TOTAL DOLLAR AMOUNT OF PAYMENTS:    **$2,001.12**