**MUNA_L.svc**

LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910-5059
TEL: (671) 472-7332
FAX: (671) 472-7215

Attorney's for United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA, | CIVIL CASE NO. 99-0013 |
| Plaintiff, | |
| vs. | **CERTIFICATE OF SERVICE** |
| LORENZA A MANGLONA aka LORENZA M. MUNA, | |
| Defendant, | |
| MARIANAS PUBLIC LANDS AUTHORITY, | |
| Garnishee. | |

I hereby certify that on **September 18, 2006**, I electronically filed **Motion to Terminate Writ of Continuing Garnishment** and on **September 25, 2006**, I electronically filed **Final Accounting Upon Termination of Garnishment** with the Clerk of Court using the CM/ECF system.

//

//

//

A copy of the following documents: **Motion to Terminate Writ of Continuing Garnishment**, **Order Re: United States Motion to Terminate Writ of Continuing Garnishment** and **Final Accounting Upon Termination of Garnishment** were sent to the defendant and garnishee by mail on **September 26, 2006**.

                                          LEONARDO M. RAPADAS  
                                        United States Attorney  
                                        Districts of Guam and the NMI

DATED: 9/28/06                     By:    /s/ Marivic P. David  
                                                  MARIVIC P. DAVID  
                                                  Assistant U.S. Attorney  
                                                  marivic.david@usdoj.gov