1  **MUNA_L.gar1a**

2  LEONARDO M. RAPADAS
United States Attorney
3  MARIVIC P. DAVID
Assistant U.S. Attorney
4  Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
5  Hagåtña, Guam  96910-5059
TEL:  (671) 472-7332
6  FAX:  (671) 472-7215

7  Attorney's for United States of America

8  IN THE UNITED STATES DISTRICT COURT

9  FOR THE NORTHERN MARIANA ISLANDS

10

11  UNITED STATES OF AMERICA,              )   CIVIL CASE NO.  99-0013
                                           )
12                  Plaintiff,             )
                                           )
13             vs.                         )   **APPLICATION FOR WRIT**
                                           )   **OF CONTINUING GARNISHMENT**
14  LORENZA A. MANGLONA                    )
    nka LORENZA M. MUNA,                   )
15                                         )
                    Defendant.             )
16  _____)

17  APPLICATION FOR WRIT OF CONTINUING GARNISHMENT

18       The United States of America, plaintiff, makes application in accordance with 28 U.S.C.

19  § 3205(b)(1) to the Clerk of the United States District Court to issue a Writ of Continuing

20  Garnishment upon the judgment entered against the Defendant-Judgment Debtor LORENZA A.

21  MANGLONA nka LORENZA M. MUNA, social security number XXX-XX-6820, whose last

22  known mailing address is: P.O. Box XXXXX, Barrigada, GU 96921   (hereinafter "Debtor"),  in

23  the above cited action in the principal amount of $22,981.09 plus accrued interest to January 21,

24  1999, in the amount of $1,884.13, and interest thereafter to the date of judgment at the rate of 4.0

25  percent per annum, and interest from the date of judgment at the legal rate until paid in full;

26  together with costs, including $150.00 in filing fees under 28 U.S.C. §  2412(a)(2) and 28 U.S.C.

27  § 1914(a), administrative fees in the amount of $745.96, fees; and for such other and further

28  relief as this Court deems just and proper.

1     There is a balance of $4,608.62, as of July 23, 2007  ($4,549.64 principal + $59.98 int. to 07/23/2007)

    Demand for payment of the above-stated debt was made upon the debtor not less than 30 days and the Debtor has failed to satisfy the debt.

    The Garnishee is believed to have possession of property (including nonexempt disposable earnings) in which the Debtor has a substantial nonexempt interest.

    The names and address of the Garnishees or his authorized agents is:

> Guam Public School System
> Government of Guam
> Attn.:  Payroll Section
> P.O. Box DE
> Hagåtña, Guam 96932
> Telephone:  (671) 475-0430

    The United States seeks the sum of 25% of the defendant's non-exempt net disposable earnings to be withheld from the defendant's wages, salary or commissions to be applied toward the judgment.

    DATED this 24th day of July, 2007.

                           LEONARDO M. RAPADAS
                              United States Attorney
                              Districts of Guam and the NMI

            By:    /s/ Marivic P. David
                   MARIVIC P. DAVID
                   Assistant U.S. Attorney
                   marivic.david@usdoj.gov