MUNA_L.gar2a

LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910-5059
TEL: (671) 472-7332
FAX: (671) 472-7215

Attorney's for United States of America

F I L E D
Clerk
District Court

JUL 25 2007

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>LORENZA A. MANGLONA<br>nka LORENZA M. MUNA,<br><br>Defendant.<br>_____<br>GUAM PUBLIC SCHOOL SYSTEM,<br>GOVERNMENT OF GUAM,<br><br>Garnishee.<br>_____ | CIVIL CASE NO. 99-0013<br><br>ORDER GRANTING COURT APPROVAL FOR THE DISTRICT COURT CLERK TO ISSUE A WRIT OF CONTINUING GARNISHMENT |

ORDER

IT IS SO ORDERED that the Clerk of the United States District Court, on the application the United States of America, plaintiff, and in accordance with 28 U.S.C. § 3205 is granted this Court's approval to issue a Writ of Continuing Garnishment against Defendant Judgment Debtor LORENZA A. MANGLONA nka LORENZA M. MUNA in the above cited action.

DATED this 25th day of July, 2007.

RECEIVED
JUL 2 4 2007
Clerk
District Court
The Northern Mariana Islands

ALEX R. MUNSON
Chief Judge
District Court for the Northern
Mariana Islands