1 | **MUNA_L.gar3a**

**F I L E D**
Clerk
District Court

JUL 2 5 2007

For The Northern Mariana Islands
By_____
(Deputy Clerk)

2 | LEONARDO M. RAPADAS
United States Attorney
3 | MARIVIC P. DAVID
Assistant U.S. Attorney
4 | Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
5 | Hagåtña, Guam  96910-5059
TEL: (671) 472-7332
6 | FAX: (671) 472-7215

7 | Attorney's for United States of America

8

9 | IN THE UNITED STATES DISTRICT COURT

10 | FOR THE NORTHERN MARIANA ISLANDS

11 | UNITED STATES OF AMERICA,            )     CIVIL CASE NO. 99-0013
                                       )
12 |              Plaintiff,            )
                                       )     **WRIT OF CONTINUING**
13 |        vs.                         )     **GARNISHMENT; INSTRUCTIONS**
                                       )     **TO THE GARNISHEE**
14 | LORENZA A. MANGLONA                 )
nka LORENZA M. MUNA,                  )
15 |                                    )
              Defendant,              )
16 | _____)
                                       )
17 | GUAM PUBLIC SCHOOL SYSTEM,          )
GOVERNMENT OF GUAM,                   )
18 |                                    )
              Garnishee.              )
19 | _____)

20 | **WRIT OF CONTINUING GARNISHMENT**

21 | GREETINGS TO:    Guam Public School System
22 |                  Government of Guam
                 Attn.:  Payroll Section
23 |                  P.O. Box DE
                 Hagåtña, Guam 96932
24

25 |        An application for a Writ of Continuing Garnishment against the property of Defendant-

26 | Judgment Debtor LORENZA A. MANGLONA nka LORENZA M. MUNA, Social Security

27 | Number XXX-XX-6820, whose last known address is:  P.O. Box XXXXX, Barrigada, GU

28 | 96921,  (hereinafter "Debtor"), has been filed with this Court.  A judgment in a civil case was

1   filed against the Debtor on April 14, 1999 and the amount due totals $6,170.94, as of August 1,

2   2005  ($6,084.95 principal + $85.99 int. to 8/8/05).

3          You are required by law to answer in writing, under oath, and within ten (10), after

4   receipt of this writ, the following information: (1) Whether or not you have in your custody,

5   control or possession, any property or money owned by the Debtor, including nonexempt,

6   disposable earnings; (2) A description of such property and the value of the property; (3) A

7   description of any previous garnishment to which such property is subject and the extent to

8   which any remaining property is not exempt; and (4) The amount of the debt you anticipate

9   owing to the Debtor in the future and whether the period for payment will be weekly or another

10  specified period.

11         **You are also required by law to withhold and retain any property or money of the**

12  **defendant you have in your custody, control or possession, including wages, salary or**

13  **commissions, or if you obtain custody, control or possession until you receive instructions**

14  **from the Court which will tell you what to do with the property and which will notify you**

15  **when this Writ is no longer in effect.  The United States requests that the sum of 25% of**

16  **the defendant's monthly non-exempt disposable earnings be withheld from the defendant's**

17  **earnings.**

18         You must file the original written answer to this writ within ten (10) days of your receipt

19  of this writ with the United States District Clerk at: U.S. District Court for the NMI, 2nd Floor,

20  Horiguchi Building, Garapan, P.O. Box 500687, Saipan, MP 96950.  <u>YOU MUST ANSWER</u>

21  <u>THE WRIT EVEN IF YOU DO NOT HAVE IN YOUR CUSTODY, CONTROL OR</u>

22  <u>POSSESSION ANY PROPERTY OF THE DEFENDANT</u>.  Additionally, you are required by

23  law to serve a copy of this answer upon the debtor at:   P.O. Box XXXXX, Barrigada, GU 96921

24  and upon the United States Attorney at: U.S. Attorney's Office, Attn.: Marivic P. David,

25  Assistant U.S. Attorney, Sirena Plaza, Suite 500, 108 Hernan Cortez Avenue, Hagåtña, Guam

26  96910-5059

27  //

28  //

- 2 -

1    Under the law, there is property which is exempt from this writ of Garnishment.  Property
2    which is exempt and which is not subject to this order is listed on the attached Claim for
3    Exemption form, which the debtor must sign and return if he is claiming any exemptions.

4    If you fail to answer this writ or withhold property in accordance with this writ, the
5    United States of America may petition the Court for an order requiring you to appear before the
6    Court to answer the writ and to so withhold the property before the appearance date.  If you fail
7    to appear or do appear and fail to show good cause why you failed to comply with this writ, the
8    Court may enter a judgment against you for the value of the Debtor's non-exempt interest in such
9    property (including nonexempt disposable earnings).  The Court may also award a reasonable
10   attorney's fee to the United States and against you if the writ is not answered within the time
11   specified herein and if the United States files a petition requiring you to appear.  **It is unlawful**
12   **to pay or deliver to the Debtor any item attached by this writ.**
13   DATED _____July 25, 2007_____, Saipan, MP.

14
15
16   GALO L. PEREZ
17   Clerk of Court
     District Court for the Northern
     Mariana Islands
18
19
20
21
22
23
24
25
26
27
28

- 3 -

1  TO:   Guam Public School System
           Government of Guam
2          Attn.:  Payroll Section
           P.O. Box DE
3          Hagåtña, Guam 96932

4        Please read the following instructions regarding the steps you must take to comply with

5   this Writ.  For additional information, you may want to contact your attorney or the attorney for

6   the United States identified in Paragraph 6.

7

8                          **INSTRUCTIONS TO THE GARNISHEE**

9
         1.      The name, last known address and Social Security Number of the person who is
10
    the defendant in this action and whose property is subject to this Writ is:
11
                            LORENZA A. MANGLONA
12                          nka LORENZA M. MUNA
                            P.O. Box XXXXX
13                          Barrigada, Guam 96921
                            SSN# XXX-XX-6820
14

15       2.      This Writ has been issued at the request of the United States of America to

16   enforce the collection of a civil judgment entered in favor of the United States against the

17   defendant.  The amount of the judgment as of July 23, 2007 is $4,608.62   ($4,549.64 principal

18   + $59.98 int. to 07/23/2007)

19       3.      If you have in your custody, control or possession any property or money of the

20   defendant, including wages, salary or commissions, or if you obtain custody, control or

21   possession of such property while this Writ is in effect, you must immediately withhold the

22   property from the defendant and retain it in your possession until you receive instructions from

23   the Court which will tell you what to do with the property and which will notify you when this

24   Writ is no longer in effect.  The United States requests that the sum of 25% of the defendant's

25   monthly non-exempt disposable earnings be withheld from the defendant's earnings.

26   //

27   //

28   //

                                              - 4 -

1      4.    You are required to answer this Writ within 10 days after the service of the Writ

2  upon you. YOU MUST ANSWER THE WRIT EVEN IF YOU DO NOT HAVE IN YOUR

3  CUSTODY, CONTROL OR POSSESSION ANY PROPERTY OF THE DEFENDANT.  Your

4  Answer must state, under oath, the following information:

5          a.  whether you have custody, control or possession of money

6             or earnings of the defendant;

7          b.  a description of the money or earnings and amount;

8          c.  a description of any other garnishments, suggestions or

9             levies to which the earnings are subject and the extent to

10             which any remaining earnings are exempt from

11             garnishment, suggestion or levy;

12          d.  the amount of any earnings you anticipate owing the

13             defendant in the future and the date on which payment will

14             be made; and

15          e.  a description of any earnings you anticipate will come into

16             your custody, control or possession and the dates on which

17             such custody, control, or possession will occur.

18      5.    After you complete the answer under oath, you must mail or deliver an answer

19  bearing the **original** signature plus one copy of the person preparing the answer to:

20      Clerk, United States District Court for the NMI
    2nd Floor, Horiguchi Building
21      P.O. Box 500687
    Saipan, MP 96950

22      At the same time you mail or deliver the answer to the Clerk, you must also mail or

23  deliver copies of the answer to:

24      MARIVIC P. DAVID
25      Assistant U.S. Attorney
    U.S. Attorney' Office
26      Attn.: Financial Litigation Unit
    Sirena Plaza, Suite 500
27      108 Hernan Cortez Avenue
    Hagåtña, Guam 96910-5059

28

- 5 -

1 | and

2

3 |      LORENZA A. MANGLONA
     nka LORENZA M. MUNA
     P.O. Box XXXXX
4 |      Barrigada, GU 96921

5

6 |     6.    If you have any questions, you should contact your attorney. You may also

7 | contact a representative of the United States at the following address and telephone number:

8 |      Marie Chenery
     Financial Litigation Unit
9 |      Sirena Plaza, Suite 500
     108 Hernan Cortez Avenue
10 |      Hagåtña, Guam 96910
     (671) 472-7332, ext. 122
11 |      FAX: (671) 472-7215

12 |     7.    IF YOU FAIL TO ANSWER THIS WRIT OR TO WITHHOLD PROPERTY IN

13 | ACCORDANCE WITH THE WRIT, THE UNITED STATES MAY PETITION THE COURT

14 | FOR AN ORDER REQUIRING YOU TO APPEAR BEFORE THE COURT TO ANSWER

15 | THIS WRIT AND TO SO WITHHOLD PROPERTY BEFORE THE APPEARANCE DATE.

16 |     IF YOU FAIL TO APPEAR, OR YOU APPEAR AND FAIL TO SHOW GOOD

17 | CAUSE WHY YOU FAILED TO COMPLY WITH THIS WRIT, THE COURT WILL ENTER

18 | JUDGMENT AGAINST YOU FOR THE VALUE OF THE DEBTORS'S NONEXEMPT

19 | INTEREST IN SUCH PROPERTY (INCLUDING NONEXEMPT DISPOSABLE EARNINGS).

20 |     THE COURT MAY ALSO AWARD A REASONABLE ATTORNEY'S FEE TO

21 | THE UNITED STATES AND AGAINST YOU IF THE WRIT IS NOT ANSWERED WITHIN

22 | THE TIME SPECIFIED HEREIN AND IF THE UNITED STATE FILES A PETITION

23 | REQUIRING YOU TO APPEAR.

24

25

26

27

28

- 6 -

CLAIM FOR EXEMPTION FORM

**MAJOR EXEMPTIONS UNDER FEDERAL LAW**

I claim that the exemption(s) from garnishment which are checked below apply in this case:

\_\_\_\_    1.    Social Security benefits and Supplemental Security income (42 U.S.C. § 407).

\_\_\_\_    2.    Veterans benefits (38 U.S.C. § 3101).

\_\_\_\_    2a.    Members of armed services (10 U.S.C. § 1440, 38 U.S.C § 562).

\_\_\_\_    3.    Federal Civil Service Retirement benefits (5 U.S.C. § 8346 and 22 U.S.C. § 4060(c)).

\_\_\_\_    4.    Annuities to survivors of federal judges (28 U.S.C. § 376(n)).

\_\_\_\_    5.    Longshoremen and Harborworkers Compensation Act (33 U.S.C. § 916).

\_\_\_\_    6.    Black lung benefits (30 U.S.C. §§ 931(b)(2)(F) and 932(a)).

\_\_\_\_    6a.    Seaman's master's or fisherman's wages, except for child support or spousal support and maintenance (46 U.S.C.A. §§ 1108-1109(a-c)).

Exemptions listed under 1 through 6a above may not be applicable in child support and alimony cases (42 U.S.C. § 659).

\_\_\_\_    6b.    Railroad retirement, pension, unemployment benefits (45 U.S.C. §§ 231(m), 352(e).

\_\_\_\_    7.    **Bankruptcy Code** (Title 11, U.S.C. §522)generally provides exemptions for:

\_\_\_\_    7a.    $20,200.00 in equity in a residence.

| Address of Residence | Fair Market Value | Liens | Equity |
|---|---|---|---|
| _____ | $ _____ | $ _____ | $ _____ |
| _____ | $ _____ | $ _____ | $ _____ |

\_\_\_\_    7b.    $3,225.00 in equity in a motor vehicle.

Property Claimed: _____
Fair market Value $_____

\_\_\_\_    7c.    $1,350.00 in jewelry.

Property Claimed: _____
Fair market Value $_____

\_\_\_\_    7d.    $10,775.00 in personal property.  (However, no single item worth more than $525.00 can be exempt.)

Property Claimed: _____
Fair market Value $_____

- 1 -

____  7e.  $1,075.00 in property, plus up to $10,125.00 of any unused amount of the exemption provided in number 7(a) above.

Property Claimed: _____
Fair market Value $_____

____  7f.  $2,025.00 in equity in any implements, professional books, or tools, of the trade of the debtor or the trade of a dependent of the debtor.

Property Claimed: _____
Fair market Value $_____

____  7g.  Any unmatured life insurance contract the debtor owns, other than credit life insurance.

Property Claimed: _____
Fair market Value $_____

____  7h.  The aggregate value, up to $10,775.00, of any accrued dividend or interest under, or loan value of, any unmatured life insurance contract the debtor owns, but only if the debtor is the insured or the debtor is a dependant of the insured.

Property Claimed: _____
Fair market Value $_____

____  7i.  Professional prescribed health aids for the debtor or the debtor's dependants.

Property Claimed: _____
Fair market Value $_____

____  7j.  Unemployment compensation benefits, local public assistance benefits, disability benefits, illness benefits; and alimony, support and separate maintenance, to the extent these items are reasonably necessary for your support or the support of you dependants.

Property Claimed: _____
Fair market Value $_____

____  7k.  A payment under a stock bonus, pension, profit-sharing, annuity, or similar plan or contract on account of illness, disability, death, age or length of service, to the extent reasonably necessary for the debtor's support or the support of the debtor's dependants, subject to the limitations set forth at Title 11 United States Code Section 522(d)(10)(E)(i)-(iii).

Property Claimed: _____
Fair market Value $_____

____ 7l. The debtor's right to receive, or property that is traceable to:

- an award under a crime victim's reparation law;
- a payment on account of the wrongful death of an individual of whom the debtor was a dependant, but only to the extent reasonably necessary for the debtor's support or the support of the debtor's dependants;
- a payment under a life insurance contract that the insured the life of an individual of whom the debtor was a dependent on the date of such individual's death, but only to the extent reasonably necessary for the debtor's support or the support of the debtor's dependants;
- a payment, not to exceed $20,200.00, on account of personal bodily injury suffered by the debtor or by an individual of whom the debtor is a dependant; however, payment for pain and suffering or payment to compensate actual pecuniary loss are not exempt under this paragraph;
- a payment in compensation of loss of the debtor's future earnings or the future earnings of an individual of whom the debtor is, or was, a dependant, but only to the extent reasonably necessary for the debtor's support or the support of the debtor's dependants.

Property Claimed: _____

Fair market Value $_____

____ 8. Compensation for war risk hazards (42 U.S.C. § 1717).

**NOTE:** If you have selected the Bankruptcy Code exemptions (Line 7 above), you may <u>not</u> also claim the exemptions listed below.

### MAJOR EXEMPTIONS UNDER THE COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS LAW

**NOTE:** If you select the exemptions available under commonwealth law, the law of the commonwealth where you have been domiciled for the greater part of the last 180 days governs your rights.

Relevant provisions of the Commonwealth of the Marianas Code Title 7, Div. 4 § 4210 allow the following exemptions:

____ 9. **Debtor's Homestead**

| Address of Residence | Fair Market Value | Liens | Equity |
|---|---|---|---|
| _____ | $ _____ | $ _____ | $ _____ |
| _____ | $ _____ | $ _____ | $ _____ |

____ 10. **Personal Property -** All necessary household furniture, cooking and eating utensils, and all necessary wearing apparel, bedding and provision for household use sufficient for four months.

Property Claimed:                          Fair Market Value

_____                $ _____

_____                $ _____

- 3 -

___ 11.  **Necessities for Trade or Occupation** - All tools, implements, utensils, two work animals, and equipment necessary to enable the person against whom the attachment or execution is issued to carry on his or her usual occupation.

Property Claimed:           Fair Market Value

_____    $ _____

_____    $ _____

___ 12.  **Land and interest in Land** - All interests in land, but any interest owned solely by a judgment debtor, in his or her own right, may be ordered sold or transferred under order in aid of judgment if the Court making the order deems that justice so requires and finds as a fact that after the sale or transfer, the debtor will have sufficient land remaining to support himself or herself and those persons directly dependent on the debtor according to recognized local custom and the law of the Commonwealth.  No person not of Northern Marianas descent may acquire any interest to such land, by sale, transfer, or otherwise, except as otherwise provided by law.

Amount Claimed: $ _____

The statements made in this claim of entitlement to exemptions and the fair market value of the property designated are made and declared under penalty of perjury that they are true and correct.

_____
Date

_____
Signature of Defendant

_____
Defendant's printed or typed name

- 4 -