**MUNA _L.svc**
LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910-5059
TEL:   (671) 472-7332
FAX:   (671) 472-7215

Attorney's for United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CIVIL CASE NO. 99-0013 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **CERTIFICATE OF SERVICE** |
| | ) | |
| LORENZA A. MANGLONA | ) | |
| nka LORENZA M. MUNA, | ) | |
| | ) | |
| Defendant, | ) | |
| ──────────────────── | ) | |
| | ) | |
| GUAM PUBLIC SCHOOL SYSTEM, | ) | |
| GOVERNMENT OF GUAM, | ) | |
| | ) | |
| Garnishee. | ) | |
| ──────────────────── | ) | |

   I hereby certify that on **July 24, 2007**, I electronically filed **Application for Writ of Garnishment** and on **July 26, 2007**, I electronically filed **Notice to Defendant-Judgment Debtor on How to Claim Exemptions** with the Clerk of Court using the CM/ECF system and filed and/or electronically filed copies of the following:  **Application for Writ of Garnishment, Order Granting Court Approval to Issue a Writ of Garnishment, Writ of Garnishment; Instructions to the Garnishee**, **Notice of Post-Judgment Clerk's Garnishment; Instructions to Defendant-Judgment Debtor** and **Notice to Defendant-Judgment Debtor on How to Claim Exemptions** were sent to defendant and garnishee by mail on **July 27, 2007**.

                                                        LEONARDO M. RAPADAS
                                                        United States Attorney
                                                        Districts of Guam and the NMI

DATED:   __8/1/07_____          By:    _/s/ Marivic P. David_____
                                                        MARIVIC P. DAVID
                                                        Assistant U.S. Attorney
                                                        marivic.david@usdoj.gov