1  MUNA_L.gar5a

**F I L E D**
Clerk
**District Court**

AUG - 7 2007

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

UNITED STATES OF AMERICA,     )     CIVIL CASE NO. 99-0013
                              )
            Plaintiff,        )
                              )
        vs.                   )
                              )     **ANSWER OF THE GARNISHEE**
LORENZA A. MANGLONA           )
nka LORENZA M. MUNA,          )
                              )
            Defendant,        )
_____)
                              )
GUAM PUBLIC SCHOOL SYSTEM,    )
GOVERNMENT OF GUAM,           )
                              )
            Garnishee.        )
_____)


ANSWER OF THE GARNISHEE

_____, BEING DULY SWORN DEPOSES AND SAYS:
(Affiant-person preparing/signing)

IF GARNISHEE IS AN INDIVIDUAL:

    That he/she is Garnishee herein doing business in the name of _____

_____.

    (State full name and address of business)

IF GARNISHEE IS A PARTNERSHIP:

    That he/she is a member _____

of a partnership composed of which Garnishee is a partner.

IF GARNISHEE IS A CORPORATION:

That he/she is the (State Official Title) _____

of Garnishee, _____ a corporation, organized

under the laws of the _____

_____.

IF GARNISHEE IS A GOVERNMENT ENTITY:

State name and address of agency, and name and official title of authorized

representative:     `Guam Public School System`

`P O Box DE`

`Hagatna, GU  96932`

`Rosie T Duenas/Chief Payroll Officer`

1.     On ___`July 30`_____, 200 _7_ , Garnishee was served with the Writ
of Continuing Garnishment.  For the pay period in effect on the date of service (shown above)

Yes     No

_x_     ____     Defendant was in my/our employ.

Pay period is weekly ___ , bi-weekly _x_, semi-monthly ___, monthly ___.

The Defendant's present pay period began on _n/a_____ .

(Present means the pay period in which this order and notice of

garnishment were served)

The Defendant's present pay period ends on _n/a_____

Enter amount of net wages.  Calculate below:

(a) Gross Pay                          $_____

(b) Federal income tax                _____

(c) F.I.C.A. income tax               _____

(d) State/Local income tax            _____

Total of tax withholdings            $_____

Net Wages                            $_____ (a less total of b,c,d)

//

Yes    No

____    x    2.    Are you aware of any other garnishments,

suggestions or levies currently in effect.  If the

answers is yes, please attach to this Answer a copy

of each garnishment, suggestion or levy.

____    x    3.    Do you or will you in the foreseeable future, owe the defendant money?  If

your answer is yes, please provide the amount of money you will owe, the

date or dates on which each payment is due, and the reason why you owe

or will owe the money to the Defendant:

| Type of Payment (salary, commission, etc..) | Amount | Date Payment is Due |
|---|---|---|
| 1. n/a | | |
| 2. | | |
| 3. | | |

4.    If you currently have in your custody, control or possession property (other than

earnings) in the form of savings accounts, pensions, thrift plans, etc., in which the Defendant

maintains an interest, for each item of property provide the following information:

| Description of Property | Approximate Value | Description of Debtor's Interest |
|---|---|---|
| 1. n/a | | |
| 2. | | |
| 3. | | |
| 4. | | |

//

//

//

- 3 -

5.      For each item of property (other than earnings) which you expect to obtain custody or possession of in the foreseeable future, provide  the following information:

| Description of Property | Approximate Value | Description of Debtor's Interest | Date you will obtain property |
|---|---|---|---|
| 1. n/a | _____ | _____ | _____ |
| 2._____ | _____ | _____ | _____ |
| 3._____ | _____ | _____ | _____ |
| 4._____ | _____ | _____ | _____ |

Yes    No

_____   x     6.    Do you make any claim of exemption on the part of Defendant?  If yes, please explain the nature and basis of your claim:

_____

_____

_____

_____

Yes    No

_____   x     7.    Do you have any objections to the garnishment of the Defendant?  If yes, please explain the nature and basis of your objection:

_____

_____

_____

_____

//

//

//

- 4 -

8.     Check the line below if you deny that you hold property subject to this order of garnishment:

    x   [The Garnishee was then in no manner and upon no account indebted or under liability to the Defendant, LORENZA A. MANGLONA nka LORENZA M. MUNA, and that the Garnishee did not have in his/her possession or control any property belonging to the Defendant, or in which the Garnishee has an interest; and is in no manner liable as Garnishee in this action.]

9.     The Garnishee mailed a copy of this answer by first-class mail to (1) the Debtor, LORENZA A. MANGLONA nka LORENZA M. MUNA, at P.O. Box XXXXX, Barrigada, GU 96921 and (2) the attorney for the United States, Marivic P. David, Assistant United States Attorney, U.S. Attorney's Office, Sirena Plaza, Suite 500, 108 Hernan Cortez Avenue, Hagåtña, Guam 96910-5059.

GUAM PUBLIC SCHOOL SYSTEM,
GOVERNMENT OF GUAM
Garnishee Garnishee

By:   Rosie T Dueñas

Chief Payroll Officer  (671)475-0417

c/o P O Box DE

Hagatna, GU  96932

Name/address/Phone Number of person preparing Answer

The foregoing instrument was acknowledged before me this ___31___ day of ___July___, 2007. by Rosie T. Dueñas.

_____
Notary Public

MARIE C. FEGURGUR
Notary Public
In and for Guam U.S.A.
My Commission Expires: JAN. 5, 2009
P. O. Box 23726, GMF, GU 96921