USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.

**U.S. Department of Justice**
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| UNITED STATES OF AMERICA | CV 99-0013 |
| DEFENDANT | TYPE OF PROCESS |
| JESUS A. MUNA | SERVICE OF DEPO SUBPOENA |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Jesus A. Muna
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
Saipan, MP

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

United States Attorney's Office, Financial Litigation Unit
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagatna, Guam 96910

| | |
|---|---|
| Number of process to be served with this Form 285 | 1 |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | 0 |

FILED
Clerk
District Court

APR 11 2003

For The Northern Mariana Islands
By _____ (Deputy Clerk)

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

See attached for information purpose only. Not to be filed with the Court.

Signature of Attorney other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
MIKEL W. SCHWAB, Assistant U.S. Attorney
TELEPHONE NUMBER: 671-472-7332
DATE:

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 093 | District to Serve No. 005 | Signature of Authorized USMS Deputy or Clerk | Date 3/13/03 |
|---|---|---|---|---|---|
| | 1 | | | | |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☒ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address (complete only different than shown above)

Date | Time | ☐ am ☐ pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges including endeavors | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| | | | | | $0.00 |

REMARKS: No Longer on Rota, CNMI (per DPS SGT Bill Manglona - Rota) Family indicates that they moved to Guam, USA and reside in the Talafofo Area. USAO Guam declined forward service. USAO POC: Michelle Perez

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00

Issued by the
# UNITED STATES DISTRICT COURT

DISTRICT OF     THE NORTHERN MARIANA ISLANDS

| UNITED STATES OF AMERICA | SUBPOENA |
|---|---|
| V. | |
| JESUS A. MUNA | Case Number:    CV 99-0013 |

TO: Jesus A. Muna
P.O. Box XXXX
Rota, MP 96951

YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| | |
| | DATE AND TIME |

☒ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| U.S. Attorney's Office, 3rd Floor Horiguchi Building, Garapan, MP | May 22, 2008 at 2:00 p.m. |

☒ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

SEE ATTACHED NOTICE OF INTENT TO TAKE ORAL DEPOSITION WITH SUBPOENA DUCES TECUM

| PLACE | DATE AND TIME |
|---|---|
| | |

YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
| | |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| [signature] | 3/6/8 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
MIKEL W. SCHWAB, Assistant U.S. Attorney     TEL: 671-472-7332
JESSICA F. CRUZ, Assistant U.S. Attorney
U.S. Attorney's Office, Sirena Plaza, Ste. 500, 108 Hernan Cortez Ave., Hagatna, GU 96910

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on next page)

· If action is pending in district other than district of issuance, state district under case number.

U.S. Department of Justice

Financial Statement of Debtor
(Submitted for Government Action on
Claims Due the United States)
(NOTE: Use additional sheets where space on this form
is insufficient or continue on reverse side of pages.)

Authority for the solicitation of the requested information is one or more of the following: 5 U.S.C. 301, 901 (see Note, Executive Order 6166, June 10, 1933); 28 U.S.C. 501, et seq.; 31 U.S.C. 951, et seq.; 44 U.S.C. 3101; 4 C.F.R. 101, et seq.; 28 C.F.R. 0.160, 0.171 and Appendix to Subpart Y.

The principal purpose for gathering this information is to evaluate your capacity to pay the Government's claim or judgment against you. Routine uses of the information are established in the following U.S. Department of Justice Case File Systems published in Vol. 42 of the Federal Register: Justice CIV-001 at page 53321; Justice TAX-001 at page 15347; Justice USA-005 at pages 53406-53407; Justice USA-007 at pages 53408-53410; Justice CRIM-016 at page 12774. Disclosure of the information is voluntary. If the requested information is not furnished, the U.S. Department of Justice has the right to such disclosure of the information by legal methods.

I. IDENTIFICATION

| 1. Name (*last name, first name, middle initial*) | 2. Birth Date (*mo. day yr.*) | 3. Social Security No. |
|---|---|---|
| 4. Home Address (*Residence*) | | 5. Driver's License No.(*& State*) / Expiration |
| ☐ Own Home   ☐ Rent   ☐ Other (specify, i.e. share rent, live with relative) | | 6. Home Phone (*& Area Code*) |
| 7. Mailing Address (*if different from above*) | | Best Time To Call: |

8. Other Contact Number / cellular phone number / pager number *(provide carrier)*

| 9. Present employer's name | 10. Employer's Phone No. (& Area Code) |
|---|---|
| | May we contact you at work?  ☐ No   ☐ Yes |
| 11. Employer's Mailing Address | 12. Date Employed |

| 14. List current spouse/companion's name | 15. Birth Date (*mo. day yr.*) | 16. Social Security No. |
|---|---|---|

| 18. Spouse/companion present employer's name and address | 19. Employer's Phone No. (& Area Code) |
|---|---|
| 20. Job Title | 21. Date Employed |
| | May we contact at work?  ☐ No   ☐ Yes |

Signature _____   Date _____   Page 1

## DEPENDENTS (17 years of age and below)

22. List all dependents who live with you:

| NAME | AGE | RELATIONSHIP | CLAIM ON TAX RETURN |
|---|---|---|---|
| | | ☐ Son/Daughter ☐ Other _____ | ☐ No ☐ Yes |
| | | ☐ Son/Daughter ☐ Other _____ | ■ No ☐ Yes |
| | | ☐ Son/Daughter ☐ Other _____ | ☐ No ☐ Yes |
| | | ☐ Son/Daughter ☐ Other _____ | ☐ No ☐ Yes |
| | | ☐ Son/Daughter ☐ Other _____ | ☐ No ☐ Yes |

23. List names and addresses of all dependents who do not live with you:

| NAME | AGE | RELATIONSHIP | CLAIM ON TAX RETURN |
|---|---|---|---|
| | | ■ Son/Daughter ■ Other _____ | ☐ No ☐ Yes |
| | | ☐ Son/Daughter ☐ Other _____ | ☐ No ☐ Yes |

24. List amount of monthly income received by dependents from any sources other than you or your spouse *(Specify)*:   $_____

25. Total amount of monthly income paid by you or your spouse to dependents listed in item 23.   $_____

26. Does spouse/companion receive alimony or child support from a previous marriage? If yes, amount:   $_____

27. List names and addresses of Parents/In-Laws, if living.: _____

28. List name, address, phone number and relation of nearest relative: _____

## TAXES

29. Did you file an Income Tax Return last year? **   ☐ Yes   ■ No   Last tax year filed _____

    Joint ☐   Individual ☐   Amount of Gross Income on return   $_____

30. Are you or did you receive a tax refund?   ☐ Yes   ☐ No
    If yes, list last four (4) tax years and amount of each refund. (If you need additional space, attach a separate sheet.)

| Tax Year | Amount | Received | Tax Year | Amount | Received |
|---|---|---|---|---|---|
| | $ | ☐ No ☐ Yes | | $ | ☐ No ☐ Yes |
| | $ | ☐ No ☐ Yes | | $ | ☐ No ☐ Yes |

31. Do you owe delinquent taxes?   ☐ Yes   ■ No
    If yes, list years and amounts due below:

| Tax Year | Amount | Tax Year | Amount | Tax Year | Amount |
|---|---|---|---|---|---|
| | $ | | $ | | $ |
| | $ | | $ | | $ |

**Attach a copy of your last income tax form filed*

Signature_____   Date_____   Page 2