MUNA_L&J.taxgar

LEONARDO M. RAPADAS
United States Attorney
MIKEL W. SCHWAB
Assistant U.S. Attorney
JESSICA F. CRUZ
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910
TEL: (671) 472-7332
FAX: (671) 472-7215

Attorneys for United States of America

IN THE UNITED STATES DISTRICT COURT

FOR NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CIVIL CASE NO. 99-0013 |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **STIPULATED MOTION FOR A WRIT OF GARNISHMENT** |
| ) | (Tax Year 2007 and Rebate) |
| JESUS A. MUNA and ) | |
| LORENZA A. MANGLONA ) | |
| nka LORENZA M. MUNA, ) | |
| ) | |
| Defendants, ) | |
| _____ ) | |
| ) | |
| DEPARTMENT OF REVENUE ) | |
|   AND TAXATION, ) | |
| GOVERNMENT OF GUAM, ) | |
| ) | |
| Garnishee. ) | |
| ) | |

    WHEREAS Defendants, JESUS A. MUNA, Social Security Number XXX-XX-2381, and LORENZA A. MANGLONA nka LORENZA M. MUNA, Social Security Number XXX-XX-6820, P.O. Box XXXXX, Barrigada, Guam 96921, have requested that any income tax refund including tax year 2007 and the economic stimulus package rebate payable to Defendants from the Department of Revenue and Taxation, Government of Guam, be made payable to the U.S. Department of Justice for payment toward Defendants' debt that is due and owing;

1  Plaintiff, UNITED STATES OF AMERICA, and Defendants, JESUS A. MUNA and
2  LORENZA A. MANGLONA nka LORENZA M. MUNA, hereby jointly move the Court for an
3  order of writ of garnishment on any income tax refund including tax year 2007 and the economic
4  stimulus package rebate of Defendants, JESUS A. MUNA and LORENZA A. MANGLONA nka
5  LORENZA M. MUNA.

Dated: 5-12-08

JESUS A. MUNA
Defendant

Dated: 5-12-08

LORENZA A. MANGLONA
nka LORENZA M. MUNA
Defendant

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and the NMI

Dated: 5/12/08   By:

MIKEL W. SCHWAB
Assistant U.S. Attorney
mikel.schwab@usdoj.gov
JESSICA F. CRUZ
Assistant U.S. Attorney
Jessica.F.Cruz@usdoj.gov

- 2 -