F I L E D
Clerk
District Court

MAY 1 3 2008

For The Northern Mariana Islands
By_____
(Deputy Clerk)

1    **MUNA_L&M.TaxWrit**

2    LEONARDO M. RAPADAS
     United States Attorney
3    MIKEL W. SCHWAB
     Assistant U.S. Attorney
4    JESSICA F. CRUZ
     Assistant U.S. Attorney
5    Sirena Plaza, Suite 500
     108 Hernan Cortez Avenue
6    Hagåtña, Guam  96910
     TEL:  (671) 472-7332
7    FAX:  (671) 472-7215

8    Attorneys for United States of America

9                    IN THE UNITED STATES DISTRICT COURT

10                   FOR THE NORTHERN MARIANA ISLANDS

11

12   UNITED STATES OF AMERICA,          )    CIVIL CASE NO. 99-0013
                                        )
13              Plaintiff,              )
                                        )
14        vs.                           )    **WRIT OF GARNISHMENT**
                                        )    (Tax Year 2007 and Rebate)
15   JESUS A. MUNA and                  )
     LORENZA A. MANGLONA                )
16   nka LORENZA M. MUNA,               )
                                        )
17              Defendants,             )
                                        )
18   _____)
                                        )
19   DEPARTMENT  OF REVENUE             )
        AND TAXATION,                   )
     GOVERNMENT OF GUAM,                )
20                                      )
                Garnishee.              )
21   _____)

22

23          Upon stipulated motion of Plaintiff and Defendants, for an order of a Writ of

24   Garnishment on Defendants, JESUS A. MUNA and LORENZA A. MANGLONA nka

25   LORENZA M. MUNA's income tax refund including tax year 2007 and the economic stimulus

26   package rebate.

27   //

28   //

1    IT IS HEREBY ORDERED that Garnishee place a writ of garnishment on the income tax

2    refund including tax year 2007 and the economic stimulus package rebate account of

3    Defendants, JESUS A. MUNA, Social Security Number XXX-XX-2381 and LORENZA A.

4    MANGLONA nka LORENZA M. MUNA, Social Security Number XXX-XX-6820, until

5    further notice.

6        Checks should be made payable to:

7            **U.S. Department of Justice**

8        and mailed to:

9            U.S. Attorney's Office
            Sirena Plaza, Suite 500
10           108 Hernan Cortez Avenue
            P.O. Box 500687
11           Hagåtña, Guam  96910

12       DATED this ___13___ day of ___MAY_____, 2008.

13

14

15                                    _____
                                      ALEX R. MUNSON
16                                    Chief Judge
                                      District Court for the Northern
17                                          Mariana Islands

18

19

20

21

22

23

24

25

26

27

28                          - 2 -