1 **MUNA_L&M.TaxGarSvc**

2 LEONARDO M. RAPADAS
United States Attorney
3 MIKEL W. SCHWAB
Assistant U.S. Attorney
4 JESSICA F. CRUZ
Assistant U.S. Attorney
5 Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
6 Hagåtña, Guam  96910
TEL:  (671) 472-7332
7 FAX:  (671) 472-7215

8 Attorney's for United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CIVIL CASE NO. 99-0013 |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | **CERTIFICATE OF SERVICE** |
| JESUS A. MUNA and ) | (Tax Year 2007 and Rebate) |
| LORENZA A. MANGLONA ) | |
| nka LORENZA M. MUNA, ) | |
| ) | |
| Defendants, ) | |
| ) | |
| DEPARTMENT OF REVENUE ) | |
|   AND TAXATION, ) | |
| GOVERNMENT OF GUAM, ) | |
| ) | |
| Garnishee. ) | |

I hereby certify that on **May 12, 2008**, I electronically filed the following: **Stipulated Motion for Writ of Garnishment** with the Clerk of Court using the CM/ECF system and

//
//
//
//

1 copies of the **Stipulated Motion for Writ of Garnishment** and **Writ of Garnishment** were
2 sent to the defendants and garnishee by mail on **May 15, 2008**.
3     Respectfully submitted.

                                     LEONARDO M. RAPADAS
                                     United States Attorney
                                     Districts of Guam and the NMI

Dated: 05/16/08                By:    /s/ Jessica F. Cruz
                                                MIKEL W. SCHWAB
                                                Assistant U.S. Attorney
                                                mikel.schwab@usdoj.gov
                                                JESSICA F. CRUZ
                                                Assistant U.S. Attorney
                                                Jessica.F.Cruz@usdoj.gov