**MUNA_L.wdraw**

LEONARDO M. RAPADAS
United States Attorney
MIKEL W. SCHWAB
Assistant U.S. Attorney
JESSICA F. CRUZ
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910
TEL: (671) 472-7332
FAX: (671) 472-7215

Attorney's for United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CIVIL CASE NO. 99-0013 |
| Plaintiff, | ) | |
| vs. | ) | **MOTION TO WITHDRAW WRIT OF CONTINUING GARNISHMENT** |
| LORENZA A. MANGLONA nka LORENZA M. MUNA, | ) | |
| Defendant, | ) | |
| GUAM PUBLIC SCHOOL SYSTEM GOVERNMENT OF GUAM, | ) | |
| Garnishee. | ) | |

On or about July 25, 2007, a Writ of Continuing Garnishment directed to Garnishee was duly issued and served upon the Garnishee. An Answer from the Garnishee was filed with

//
//
//
//
//
//

the Court on August 7, 2007 which stated that Defendant LORENZA A. MANGLONA nka LORENZA M. MUNA was not in their employ and they were in no manner indebted to defendant.  Our office confirmed with the garnishee that defendant was a contract employee and would have to reapply with each new school year.  Plaintiff respectfully requests that the Court withdraw the Writ of Continuing Garnishment.

DATED this 16th day of May, 2008.

                                                          LEONARDO M. RAPADAS
                                                        United States Attorney
                                                        Districts of Guam and the NMI

By:   /s/ Jessica F. Cruz
        MIKEL W. SCHWAB
        Assistant U.S. Attorney
        mikel.schwab@usdoj.gov
        JESSICA F. CRUZ
        Assistant U.S. Attorney
        Jessica.F.Cruz@usdoj.gov