MUNA_L.wdraword

LEONARDO M. RAPADAS
United States Attorney
MIKEL W. SCHWAB
Assistant U.S. Attorney
JESSICA F. CRUZ
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910-5059
TEL: 472-7332
FAX: 472-7215

Attorney's for United States of America

FILED
Clerk
District Court

MAY 1 9 2008

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| UNITED STATES OF AMERICA, | ) | CIVIL CASE NO. 99-0013 |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| LORENZA A. MANGLONA | ) | Re: United States Motion to Withdraw Writ of Continuing Garnishment |
| Defendant, | ) | |
| GUAM PUBLIC SCHOOL SYSTEM GOVERNMENT OF GUAM, | ) | |
| Garnishee. | ) | |

Based upon the Plaintiff's Motion to Withdraw Writ of Continuing Garnishment, the Court hereby finds that for the reasons stated in the Plaintiff's motion, the Writ of Continuing Garnishment is hereby withdrawn.

IT IS SO ORDERED, this 19TH day of MAY, 2008.

_____
ALEX R. MUNSON
Chief Judge
District Court for the Northern Mariana Islands