**MUNA_L.wdrawSvc**

LEONARDO M. RAPADAS
United States Attorney
MIKEL W. SCHWAB
Assistant U.S. Attorney
JESSICA F. CRUZ
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam  96910
TEL: (671) 472-7332
FAX: (671) 472-7215

Attorney's for United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CIVIL CASE NO. 99-0013 |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | **CERTIFICATE OF SERVICE** |
| LORENZA A. MANGLONA ) | |
| ) | |
| Defendant, ) | |
| _____) | |
| ) | |
| GUAM PUBLIC SCHOOL SYSTEM ) | |
| GOVERNMENT OF GUAM, ) | |
| ) | |
| Garnishee. ) | |
| _____) | |

    I hereby certify that on **May 16, 2008**, I electronically filed the following: **Motion to Withdraw Writ of Continuing Garnishment**  with the Clerk of Court using the CM/ECF

//

//

//

//

//

system and copies of the **Motion to Withdraw Writ of Continuing Garnishment** and **Order Re: United States Motion to Withdraw Writ of Continuing Garnishment** were sent to the defendant and garnishee by mail on **May 20, 2008**.

Respectfully submitted.

<pre>
                                        LEONARDO M. RAPADAS
                                        United States Attorney
                                        Districts of Guam and the NMI


Dated:  05/23/08            By:   /s/ Jessica F. Cruz
                                        MIKEL W. SCHWAB
                                        Assistant U.S. Attorney
                                        mikel.schwab@usdoj.gov
                                        JESSICA F. CRUZ
                                        Assistant U.S. Attorney
                                        Jessica.F.Cruz@usdoj.gov
</pre>