**MUNA_L&M.wdraw**

LEONARDO M. RAPADAS
United States Attorney
MIKEL W. SCHWAB
Assistant U.S. Attorney
JESSICA F. CRUZ
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910
TEL: (671) 472-7332
FAX: (671) 472-7215

Attorney's for United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CIVIL CASE NO. 99-0013 |
| Plaintiff, ) | |
| ) | **MOTION TO WITHDRAW** |
| vs. ) | **WRIT OF GARNISHMENT** |
| ) | (Tax Year 2007 and Rebate) |
| JESUS A. MUNA and ) | |
| LORENZA A. MANGLONA ) | |
| N/K/A LORENZA M. MUNA, ) | |
| ) | |
| Defendants, ) | |
| ) | |
| DEPARTMENT OF REVENUE ) | |
|  AND TAXATION, ) | |
| GOVERNMENT OF GUAM, ) | |
| ) | |
| Garnishee. ) | |

On or about May 13, 2008, a Writ of Garnishment (Tax Year 2007 and Rebate) directed to Garnishee was duly issued and served upon the Garnishee. On August 21, 2008, the United States received information that Defendant JESUS A. MUNA died on August 14, 2008 and Defendant LORENZA A. MANGLONA N/K/A LORENZA M. MUNA is experiencing financial difficulties due to her husband's death.

//

flu/mp

WHEREFORE, Plaintiff respectfully requests that the Court withdraw the Writ of Garnishment against Defendants JESUS A. MUNA and LORENZA A. MANGLONA N/K/A LORENZA M. MUNA and Garnishee Department of Revenue and Taxation, Government of Guam.

DATED this 4th day of September, 2008.

                                           LEONARDO M. RAPADAS  
                                           United States Attorney  
                                           Districts of Guam and the NMI

By:   /s/ Jessica F. Cruz  
       MIKEL W. SCHWAB  
       Assistant U.S. Attorney  
       mikel.schwab@usdoj.gov  
       JESSICA F. CRUZ  
       Assistant U.S. Attorney  
       Jessica.F.Cruz@usdoj.gov