```
F I L E D
    Clerk
District Court

SEP - 5 2008

For The Northern Mariana Islands
By_____
         (Deputy Clerk)
```

1  MUNA_L&M.WdrawOrd

2  LEONARDO M. RAPADAS
   United States Attorney
3  MIKEL W. SCHWAB
   Assistant U.S. Attorney
4  JESSICA F. CRUZ
   Assistant U.S. Attorney
5  Sirena Plaza, Suite 500
   108 Hernan Cortez Avenue
6  Hagåtña, Guam 96910-5059
   TEL: 472-7332
7  FAX: 472-7215

8  Attorney's for United States of America

9          IN THE UNITED STATES DISTRICT COURT

10           FOR THE NORTHERN MARIANA ISLANDS

11 | UNITED STATES OF AMERICA,       )  CIVIL CASE NO. 99-0013
                                     )
12 |          Plaintiff,              )
                                     )
13 |     v.                           )        O R D E R
                                     )
14 | JESUS A. MUNA and,               )  Re: United States Motion to Withdraw
     LORENZA A. MANGLONA              )      Writ of Garnishment
15 | N/K/A LORENZA M. MUNA,           )      (Tax Year 2007 and Rebate)
                                     )
16 |          Defendants,             )
     _____ )
17                                    )
     DEPARTMENT OF REVENUE            )
18     AND TAXATION,                  )
       GOVERNMENT OF GUAM,            )
19                                    )
              Garnishee.              )
20   _____ )

21

22     Based upon the Plaintiff's Motion to Withdraw Writ of Garnishment (Tax Year 2007 and

23 Rebate), the Court hereby finds that for the reasons stated in the Plaintiff's motion, the Writ of

24 Garnishment is hereby withdrawn.

25     **SO ORDERED**, this _5TH_ day of _September_____, 2008.

26

27                                    _____
                                      ALEX R. MUNSON
28                                    Chief Judge
                                      District Court for the Northern
                                          Mariana Islands