1  **MUNA_L&J.TaxWdrawSvc**

2  LEONARDO M. RAPADAS
   United States Attorney
3  MIKEL W. SCHWAB
   Assistant U.S. Attorney
4  JESSICA F. CRUZ
   Assistant U.S. Attorney
5  Sirena Plaza, Suite 500
   108 Hernan Cortez Avenue
6  Hagåtña, Guam  96910
   TEL:  (671) 472-7332
7  FAX:  (671) 472-7215

8  Attorney's for United States of America

9
                 IN THE UNITED STATES DISTRICT COURT
10
                 FOR THE NORTHERN MARIANA ISLANDS
11

12  UNITED STATES OF AMERICA,        )     CIVIL CASE NO. 99-0013
                                     )
13              Plaintiff,           )
                                     )
14       vs.                         )
                                     )     **CERTIFICATE OF SERVICE**
15  JESUS A. MUNA and                )
    LORENZA A. MANGLONA              )
16  N/K/A LORENZA M. MUNA,           )
                                     )
17              Defendants,          )
    _____)
18                                   )
    DEPARTMENT OF REVENUE            )
19    AND TAXATION,                  )
    GOVERNMENT OF GUAM,              )
20                                   )
                Garnishee.           )
21  _____)

22

23       I hereby certify that on **September 5, 2008**, I electronically filed the following:   **Motion**

24  **to Withdraw Writ of Garnishment** (Tax Year 2007 and Rebate) with the Clerk of Court using

25  //

26  //

27  //

28  //

flu/mp

the CM/ECF system and copies of the **Motion to Withdraw Writ of Garnishment** (Tax Year 2007 and Rebate) and **Order Re: United States Motion to Withdraw Writ of Garnishment** (Tax Year 2007 and Rebate) were sent to the Defendant LORENZA A. MANGLONA N/K/A LORENZA M. MUNA and Garnishee Department of Revenue and Taxation, Government of Guam by mail on **September 8, 2008**.

    Respectfully submitted.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and the NMI

Dated: ___9/9/08___     By:  /s/ Jessica F. Cruz
                                     MIKEL W. SCHWAB
                                     Assistant U.S. Attorney
                                     mikel.schwab@usdoj.gov
                                     JESSICA F. CRUZ
                                     Assistant U.S. Attorney
                                     Jessica.F.Cruz@usdoj.gov